IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EDWARD B. BENNETT,

      Plaintiff,

    vs.

ANTHONY HAYNES, Warden;
DR. PETER LIEBERO; TOM
ELLIS; and R. E. HOLT,

      Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.: CV210-196

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this _29_ day of _March_ _____, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA